# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  **ZACHARY L. BOWDISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1239-C |
| | ) | |
| 1.  **THE G.W. VAN KEPPEL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Zachary L. Bowdish, hereby stipulates with the Defendant, the G.W. Van Kepple Company, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF OCTOBER, 2018.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800  Fax: 405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

*s/ Nathan L. Whatley*
(Signed with permission)
Nathan L. Whatley, OBA #14601
McAFEE & TAFT, A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Tele: 405-235-9621  Fax: 405-235-0439
nathan.whatley@mcafeetaft.com
*Counsel for Defendant*